DAYLE ELIESON
United States Attorney
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418
Jared.L.Grimmer@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| Plaintiff, | Case No.: 2:18-cr-00341-RFB-VCF |
| vs. | MOTION TO QUASH WARRANT |
| JESUS ANTONIO DEL VAL-GARCIA, AKA, JESUS LANDEROS-GOMEZ, AKA, ROBERTO NABARRO, | |
| Defendant. | |

The government respectfully moves this Court to quash the warrant against the defendant, Jesus Antonio Del Val-Garcia.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On October 12, 2018, a complaint was filed with this Court charging the defendant of a violation of 8 U.S.C. § 1326. ECF 1. A warrant was issued and the defendant was taken into custody by the U.S. Marshals based on this warrant and complaint. ECF 3. On October 16, 2018, the defendant made his initial appearance

1

before this Court and was ordered detained. ECF 4,8. On October 30, 2018, the defendant was indicted by a grand jury for a violation of 8 U.S.C. § 1326. ECF 12. A warrant was issued as a result of this indictment. However, as the defendant is presently in federal custody pending trial, a warrant is not necessary. Given these circumstances, the government respectfully requests that this Court quash the warrant in this case.

**DATED** this 5th day of November, 2018.

Respectfully Submitted,
DAYLE ELIESON
United States Attorney

//s//
_____
JARED L. GRIMMER
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-5-2018

2

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has timely filed and served the Defendant with a copy of the forgoing Government's Motion to Quash Warrant by means of electronic case filing.

DATED: November 5, 2018.

//s//

_____
JARED L. GRIMMER
Assistant United States Attorney